# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 285 MAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JAMES ANDREW DOLL | : | |
| | : | |
| | : | |
| PETITION OF: STEVE RICE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.